ROBERT L. MOORES, Appellant, *v.* WILLIAM H. H. GLOVER, Respondent.

(Argued May 3, 1892; decided May 24, 1892.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made February 27, 1891, which reversed a judgment in favor of plaintiff entered upon a verdict and granted a new trial.

*Horace Graves* for appellant.

*Samuel Greenbaum* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed. _____

JOHN F. BECKER, Respondent, *v.* WILLIAM J. WEEKS, Appellant.

(Submitted May 5, 1892; decided May 24, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 2, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*A. A. Spear* for appellant.

*George F. Stackpole* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.